Gertrude L. Shaw, Respondent, v. William Barrett Shaw, Defendant. Lottie Goodman, an Infant, by Pauline Goodman, Her Guardian ad Litem, Appellant.— This order is affirmed for the reason that there is an interlocutory judgment herein. (See 155 App. Div. 252.) But the affirmance is not upon the merits, and is without prejudice to an application to the Special Term to set aside or to vacate or to open the interlocutory judgment, or the final judgment, if it has been entered herein, and for the relief sought for by this motion. Order affirmed, without costs. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Frederick H. Smith, Respondent, v. John T. Mohr, Appellant.— Judgment and order of the County Court of Nassau county affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr and Rich, JJ., concurred; Woodward, J., dissented.

Tomassina Spila, as Administratrix, etc., of John Spila, Deceased, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment and order affirmed, with costs, on the authority of *Spila* v. *N. Y. C. & H. R. R. R. Co.* (147 App. Div. 666). Jenks, P. J., Thomas, Carr and Rich, JJ., concurred; Woodward, J., voted for reversal.

William H. Tannery and Another, Appellants, v. Blanche S. Uhlfelder and Others, Defendants. Samuel M. Nelson, Respondent.— Order affirmed, without costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Frank M. Wells, Respondent, v. George K. Day, Appellant.— Judgment and order of the County Court of Kings county reversed and new trial ordered, costs to abide the event, on the ground that a question of fact was presented which should have been submitted to the jury. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Alexander G. Whitelaw, as Trustee of the Trust Created by Rudolph Baumann for the Benefit of Wilhelmina Landmesser, etc., Appellant, v. Frank O. Walther and Charles W. Walther, Respondents.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Wilson Young, Appellant, v. L. H. Prentice Company of New York, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Hirschberg, Burr, Thomas, Woodward and Rich, JJ.